IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | : | |
| Plaintiff | : | |
| VS. | : | |
| | : | CIVIL ACTION NO.: 7:06-CV-103 (HL) |
| DONALD L. JOHSTONO; JEFF HANSON; WANDA FIVEASH, | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| Defendants | : | BEFORE THE U.S. MAGISTRATE JUDGE |
| | : | **O R D E R** |

Plaintiff **MICHAEL WILLIAMS**, an inmate at the Federal Correctional Institute in Edgefield, South Carolina, has filed a *pro se* civil rights complaint under ***Bivens v. Six Unknown Name Agents of the Federal Bureau of Narcotics***, 403 U.S. 388 (1970). He also seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a).

Plaintiff submitted an "Inmate Statement" that shows he currently has an available balance of $1,240.64 in his prison account. Based on this, the Court finds that plaintiff is financially able to pay the $350.00 filing fee. Therefore, plaintiff's application to proceed *in forma pauperis* is hereby **DENIED**.

Plaintiff shall have until November 13, 2006 to pay the required $350.00 filing fee to the Clerk of the Court. Failure to comply with this Order shall result in the dismissal of plaintiff's complaint. There shall be **no service** in this case until further order of the Court.

**SO ORDERED**, this 11th day of October, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE