IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO.: 7:06-CV-103 (RH) |
| | : | |
| DONALD L. JOHSTONO, et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

Plaintiff **MICHAEL WILLIAMS** has filed a motion to proceed *in forma pauperis* on appeal from the Court's Order dismissing his complaint. In the Court's best judgment, an appeal from that Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3).

Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee. Because plaintiff has stated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $455.00 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

**SO ORDERED**, this 14th day of December, 2006.


s/   **Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb